Donald X. BROWN, Appellant,

v.

Larry NORRIS, Director, Arkansas epartment of Correction; Max Mobley, Deputy Director, Arkansas Department of Correction; Dr. Zoldessy, Arkansas Department of Correction; John Byus, Medical Administrator, Arkansas Department of Correction; Linda Kenyon, Infirmary Manager, Wrightsville Unit, ADC; Brenda Bearden, Ombudsman, Arkansas Department of Correction; Brenda Starr, Grievance Officer, Wrightsville Unit, ADC; Nix, Dentist, Wrightsville Unit, ADC; Dr. Coutts, Wrightsville Unit, ADC; Dodge, Nurse, Wrightsville Unit, ADC; Gibson, Nurse, Wrightsville Unit, ADC; Wigington, Nurse, Wrightsville Unit, ADC; Arnold, Nurse, Wrightsville Unit, ADC; Graves, Mail Room, Wrightsville Unit, ADC; Ms. Young, Business Manager, Wrightsville Unit, ADC; Terry Clifton, Warden, Wrightsville Unit, ADC; Eddie Cook, Assistant Warden, Wrightsville Unit, ADC; Tim Lowery, Furniture Supervisor, Wrightsville Unit, ADC; Ray Hobbs, Assistant Director, Arkansas Department of Correction; Harmon, Warden, Maximum Security Unit, ADC; Tiffanye Compton, Grievance Supervisor, Arkansas Department of Correction; George Brewer, Classification Administrator, Arkansas Department of Correction; Speers, Infirmary Manager, Maximum Security Unit, ADC; Lt. Walton, Grimes Unit, ADC; Ronald Dobbs, Assistant Director, Arkansas Department of Correction; David White, Warden, Tucker Unit, ADC; Mary Brim, Classification Officer, Tucker Unit, ADC; Wimberly, Chief of Security, Maximum Security Unit, ADC; Lt. Bailey, Maximum Security Unit, ADC; Lt. Ivey, Maximum Security Unit, ADC; Sgt. Emerich, Grimes Unit, ADC; Moten, Captain, Wrightsville Unit, ADC; Stout, Chief of Security, Wrightsville Unit, ADC; Sgt. Foote, Wrightsville Unit, ADC; F. Alino, CO–II, Wrightsville Unit, ADC; Linda Murphy, Pen Store, Supervisor, Wrightsville Unit, ADC; T.J. Garrett, Grievance Officer, Wrightsville Unit, ADC; Arline Towne, Mental Health, Grimes Unit, ADC; Thompson, Classification, Grimes Unit, ADC; Ms. Cogshell, Mental Health, Cummins Unit, ADC; Jerry Moore, Mental Health, Cummins Unit, ADC; Smith, CO2, Cummins Unit, ADC; L. Arnold, CO2, Cummins Unit, ADC, Appellees.

No. 04–1327.

United States Court of Appeals,
Eighth Circuit.

Submitted April 4, 2006.
Decided April 12, 2006.

Donald X. Brown, North Little Rock, AR, pro se.

Christine Ann Cryer, Attorney General's Office, Little Rock, AR, for Appellees.

Before WOLLMAN, BYE, and MELLOY, Circuit Judges.

PER CURIAM.

Arkansas inmate Donald X. Brown appeals the district court's preservice dismissal without prejudice of his 42 U.S.C. § 1983 action as barred by the "three-strikes" provision of 28 U.S.C. § 1915(g). We grant Brown leave to proceed in forma

pauperis, and we remand to the district court.

We review de novo a district court's determination of qualifying strikes. *See Rivera v. Allin,* 144 F.3d 719, 723 (11th Cir.1998). After reviewing the relevant documents from the cases the district court counted as strikes, we conclude that the two dismissals for failure to exhaust prison grievance procedures—*Brown v. Jorgenson,* No. 5:98CV00245, and *Brown v. Mobley,* No. 4:01CV00302—do not count as strikes. While we express no opinion as to whether Brown's other dismissals count as strikes under 28 U.S.C. § 1915(g), the record before us establishes Brown can have no more than two strikes.

Accordingly, we remand to the district court for further proceedings. We deny Brown's motion for appellate counsel.